UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 10 CR 155-6 |
| | ) | |
| v. | ) | Judge Nan R. Nolan |
| | ) | |
| GERONIMO SANDOVAL, et al., | ) | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT
WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the complaint in the above-captioned case only with respect to GERONIMO SANDOVAL, pursuant to Rule 48(a) of the *Federal Rules of Criminal Procedure* and ordering his release forthwith from custody. A proposed order is being provided to chambers.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

/s/ Christopher R. McFadden

By: CHRISTOPHER R. MCFADDEN
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-1931